**In the Interest of D.U.R.–Minor.**

**JUVENILE OFFICER, Respondent,**

v.

**W.B. (Natural Mother), Appellant.**

**No. WD 45365.**

Missouri Court of Appeals,
Western District.

June 30, 1992.

Motion for Rehearing and/or Transfer to
Supreme Court Denied
Sept. 1, 1992.

Bradley C. Nielsen, Polsinelli, White, Vardeman & Shalton, Kansas City, for appellant.

Mary A. Marquez and Dale Godfrey, Kansas City, for respondent.

Before SHANGLER, P.J., and KENNEDY and SMART, JJ.

## ORDER

PER CURIAM.

Appeal from an order terminating parental rights pursuant to § 211.447, RSMo 1986.

Affirmed. Rule 84.16(b).

■

**Kenneth CHARRON, Sr., Appellant,**

v.

**William WEBSTER, Respondent.**

**No. WD 45901.**

Missouri Court of Appeals,
Western District.

June 30, 1992.

Motion for Rehearing and/or Transfer to
Supreme Court Denied
Sept. 1, 1992.

Kenneth Charron, pro se.

William Webster, Atty. Gen., Bruce Farmer, Asst. Atty. Gen., Jefferson City, for respondent.

Before SPINDEN, P.J., and TURNAGE and BRECKENRIDGE, JJ.

## ORDER

PER CURIAM.

Appeal from dismissal of petition for declaratory judgment. Judgment affirmed. Rule 84.16(b).